# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOE H. HOLLAND                                                                                  PLAINTIFF

v.                                    Case No. 3:19-cv-00056 KGB

BNSF RAILWAY COMPANY                                                                DEFENDANT

## ORDER

Before the Court is the parties' notice of dismissal without prejudice. The parties stipulate and agree that the above captioned matter, including and without limitation, plaintiff Joe H. Holland's complaint and all claims, allegations or causes of action which were or could have been brought in this matter shall be and hereby are dismissed without prejudice. For good cause shown, the Court dismisses this case without prejudice.

It is so ordered this 11th day of December, 2019.

_____
Kristine G. Baker
United States District Judge